# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   JOHN W. POWELL & DIANE L. POWELL
209 JEFFERSON STREET
RIDOTT, IL 61067

Case Number: 06-70393

SSN-xxx-xx-0419 & xxx-xx-5393

Case filed on:     3/21/2006
Plan Confirmed on:     7/24/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,225.00

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
| | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 1,760.88 | 0.00 |
| | Total Legal | 2,200.00 | 2,200.00 | 1,760.88 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN W. POWELL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GERALD SMITH & GERALD L. SMITH | 3,200.00 | 3,200.00 | 1,152.74 | 0.00 |
| 010 | GERALD SMITH & GERALD L. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 3,200.00 | 3,200.00 | 1,152.74 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 4,825.21 | 8,657.51 | 0.00 | 0.00 |
| 003 | ADVANTAGE FUNERAL & CREMATION SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAMELOT RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FREEPORT DISPOSAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | GUIDE TO NATURAL HEALING | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 1,303.11 | 1,303.11 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 338.77 | 338.77 | 0.00 | 0.00 |
| 012 | COMED CO | 1,454.25 | 1,454.25 | 0.00 | 0.00 |
| | Total Unsecured | 7,921.34 | 11,753.64 | 0.00 | 0.00 |
| | Grand Total: | 13,463.09 | 17,295.39 | 3,055.37 | 0.00 |

Total Paid Claimant:     $3,055.37
Trustee Allowance:     $169.63
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 01/29/2008          By  /s/Heather M. Fagan